IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IRA LEE McQUEEN

    Plaintiff,

v.                                                     Case No. 3:10cv85/MCR/CJK

DAVID MORGAN, et al.,

    Defendants.
_____/

## ORDER AND REFERRAL TO SETTLEMENT CONFERENCE

    Pursuant to the court's September 30, 2011, order on summary judgment (doc. 67), this case is ready for trial.  In order to assist the court in effectively managing its calendar, counsel are directed to confer personally and notify the court in writing within five (5) working days of the expected length of the trial and confirm whether this case is to be a trial by judge or jury.  All parties will be notified by separate order of the dates for the pre-trial conference, if necessary, and trial.

    Furthermore, the court notes the parties entered into a court ordered mediation on February 16, 2011, which resulted in an impasse. (*See* doc. 41).  Before this matter is set for trial, it appears appropriate that the parties should further explore resolution of the remaining claims.  Accordingly, this matter is hereby referred to the assigned U.S. Magistrate Judge for a settlement conference pursuant to 28 U.S.C. §636(b)(1)(A).

    **SO ORDERED** this 4th day of October, 2011.

                                                *s/ M. Casey Rodgers*
                                                **M. CASEY RODGERS**
                                                **CHIEF UNITED STATES DISTRICT JUDGE**